No. 327.  BUCK *v.* SUPERIOR COURT OF CALIFORNIA. Sup. Ct. Cal.  Certiorari denied.  *Sorrell Trope* and *Eugene L. Trope* for petitioner.

No. 329.  HASBROOK ET UX. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Charles D. Post* for petitioners.  *Acting Solicitor General Spritzer* and *Acting Assistant Attorney General Jones* for the United States.

No. 330.  WADE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  *Zach H. Douglas* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 331.  COLEMAN *v.* McGETTRICK, SHERIFF.  Sup. Ct. Ohio.  Certiorari denied.  *James R. Willis* for petitioner.  *John T. Corrigan* for respondent.

No. 332.  STUDEMEYER *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL.  C. A. D. C. Cir. Certiorari denied.  *Donald M. Murtha* and *Claude L. Dawson* for petitioner.  *Acting Solicitor General Spritzer* for respondents.

No. 335.  FLORIDA EAST COAST RAILWAY *v.* MARTIN COUNTY, FLORIDA.  Sup. Ct. Fla.  Certiorari denied. *David W. Peck* and *Roy H. Steyer* for petitioner.  *Dean Tooker* for respondent.

No. 342.  PALISI *v.* LOUISVILLE & NASHVILLE RAILROAD CO., INC.  C. A. 5th Cir.  Certiorari denied.  *Albert Sidney Johnston, Jr.,* for petitioner.  *A. F. Lankford III* for respondent.